Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
Timothy J. Ohms
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 2 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYLON JAKE NAPYER,<br><br>Defendant. | **1:22-CR-2076-MKD-1**<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 4<br>        Misprision of a Felony |

The Grand Jury charges:

On or about December 26, 2017, in the Eastern District of Washington, the Defendant, WAYLON JAKE NAPYER, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: murder in the first degree, in violation of 18 U.S.C. § 1111, and did not as soon as possible

INDICTMENT - 1

make known the same to some judge or other person in civil authority under the United States, all in violation of 18 U.S.C. § 4.

DATED this 12th day of July 2022

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Todd M. Swensen*
Todd M. Swensen
Assistant United States Attorney

*Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 2