PS 8
(3/15)

Case 1:22-cr-02076-MKD    ECF No. 41    filed 03/06/23    PageID.112    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Napyer, Waylon Jake     Docket No.     0980 1:22CR02076-MKD-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Waylon Jake Napyer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 9th day of December 2022, under the following conditions:

Special Condition#1: Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office.

Special Condition#8: Defendant shall participate in a program of Global Positioning System (GPS) location monitoring. Defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Conditions of release were reviewed and signed by Mr. Napyer on December 9, 2022, acknowledging an understanding of his pretrial release conditions.

Violation #1: Mr. Napyer is considered in violation of his pretrial release conditions by traveling outside the Eastern District of Washington on March 5, 2023.

On March 5, 2023, at 6:36 p.m., this officer received an alert from BI Total Access (BI) regarding a GPS inclusion zone leave alert that Mr. Napyer left the Eastern District of Washington. This officer attempted to contact Mr. Nayper, but it appeared his cellphone was disconnected. As of the time and date of this report, the last GPS point is 3085 US-20, Toledo, OR 97391 on March 5, 2023 at 11:30 a.m. The GPS tracker had a tracker missed callback at March 6, 2023 at 03:31 a.m, therefore Mr. Napyer's current whereabouts are unknown. Mr. Napyer did not have permission to travel outside the Eastern District of Washington.

Violation #2: Mr. Napyer is considered in violation of his pretrial release conditions by not complying with the location monitoring program since March 5, 2023.

On December 9, 2022, Mr. Napyer reviewed and signed form Prob 61B, acknowledging an understanding of the rules and requirements of the location monitoring program. On March 5, 2023, Mr. Napyer did not receive permission from the probation office before leaving the Eastern District of Washington. As noted in violation number 1, on March 5 and 6, 2023, this officer has attempted to contact Mr. Napyer several times but has been unsuccessful. Since leaving the Eastern District of Washington, Mr. Napyer has not attempted to contact the probation office and is currently in noncompliance with his location monitoring program.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 6, 2023 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

March 6, 2023
Date