Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
Timothy J. Ohms
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYLON JAKE NAPYER and ███████████,<br><br>Defendants. | Case No.: 1:22-CR-02076-MKD<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 18 U.S.C. § 4<br>Misprision of a Felony<br>(Count 1)<br><br>18 U.S.C. §§ 1111, 1153, 2<br>First Degree Murder in Indian Country<br>(Count 2)<br><br>18 U.S.C. §§ 1111, 1153, 2<br>Felony Murder in Indian Country<br>(Count 3) |

The Grand Jury charges:

//

//

SUPERSEDING INDICTMENT - 1

COUNT 1

On or about December 26, 2017, in the Eastern District of Washington, the Defendant, WAYLON JAKE NAPYER, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: murder in the first degree, in violation of 18 U.S.C. § 1111, and did not as soon as possible make known the same to some judge or other person in civil authority under the United States, all in violation of 18 U.S.C. § 4.

COUNT 2

On or about December 26, 2017, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill D.L. by striking her on the head with a metal tool, in violation of 18 U.S.C. §§ 1111, 1153, 2.

COUNT 3

On or about December 26, 2017, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did

//

SUPERSEDING INDICTMENT - 2

unlawfully kill D.L., an Indian, by striking her on the head with a metal tool, in the perpetuation and attempted perpetuation of a robbery, all in violation of 18 U.S.C. §§ 1111, 1153, 2.

DATED this ____ day of June 2023

A TRUE BILL

_____
Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Timothy J. Ohms
Assistant United States Attorney

_____
Todd M. Swensen
Assistant United States Attorney

SUPERSEDING INDICTMENT - 3