FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>TAHSHEENA STACIE SAM,<br><br>                        Defendant. | No. 1:22-CR-02076-MKD-2<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of November 28, 2023 to a date no later than  4-29-24  for the following reasons pursuant to 18 U.S.C. § 3161:

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

1. Given the nature of the Case my Attorney
2. and I need additional time to decide
3. if we will go to trial or not.
4.
5.
6.
7.
8.
9.     I understand that if the Court grants the motion to continue, all time between
10. the date the motion was filed and the new trial date will be excluded from the
11. speedy trial calculations pursuant to the Speedy Trial Act.
12.     I declare under penalty of perjury that the foregoing is true and correct.

        *[signature]*
        Defendant

Date: 10/17/23

I have read this form and discussed its contents with my client.

*[signature]*
Counsel for Defendant

Date: 10/17/23

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 2