Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:22-CR-02076-MKD-1 |
| Plaintiff, | |
| v. | UNITED STATES' SENTENCING MEMORANDUM |
| WAYLON JAKE NAPYER, | |
| Defendant. | |

The United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Todd M. Swensen, Assistant United States Attorney, submits the following United States' Sentencing Memorandum:

**I.    Offense Level & Criminal History:**

The United States concurs with the Presentence Investigation Report (PSR) that the Base Offense Level here is 19 and that Total Offense Level calculation of 16.  ECF No. 139 ¶¶ 42-51.  The United States also concurs with

UNITED STATES' SENT. MEMO.        1

Probation's assessment of Defendant's criminal history category of I. ECF No. 139, ¶ 145. Therefore, the Defendant's Guideline Range is 21-27 months imprisonment.

**II.    Departures:**

Based on the United States' agreement with the Defendant, which includes a dismissal of Case No. 1:23—CR-02045-MKD, and pursuant to U.S.S.G. §5K2.21, the United States will seek an upward departure of 36 months imprisonment.

**III.    18 U.S.C. § 3553(a):**

The United States has no Section 3553(a) information beyond what is included in the PSR. The United States believes that a sentence of 36 months is a sufficient sentence but not greater than necessary to comply with the purposes of 18 U.S.C. § 3553.

DATED this 7th day of October 2024.

VANESSA R. WALDREF
United States Attorney

TODD M. SWENSEN
Assistant United States Attorney

UNITED STATES' SENT. MEMO.         2

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and a copy was emailed to the counsel of record in this case: Nick Marchi.

Todd M. Swensen
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425
Fax: (509) 249-3297