PROB 12C
(6/16)

Report Date: November 18, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Waylon Jake Napyer    Case Number: 0980 1:22CR02076-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 22, 2024

Original Offense:    Misprision of a Felony, 18 U.S.C. § 4

Original Sentence:   Prison - 36 months      Type of Supervision: Supervised Release
                     TSR - 12 months

Asst. U.S. Attorney: Bree R. Black Horse     Date Supervision Commenced: October 17, 2025

Defense Attorney:    Nicholas Wright Marchi  Date Supervision Expires: October 16, 2026

## PETITIONING THE COURT

To issue a summons.

On October 22, 2025, the supervised release conditions were reviewed and signed by Mr. Napyer acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Napyer is alleged to have violated special condition number 4 by consuming a controlled substance, methamphetamine, on or about November 9, 2025.<br><br>On November 12, 2025, Mr. Napyer reported to the probation office and admitted to consuming methamphetamine on or about November 9, 2025. Mr. Napyer signed a drug use admission form acknowledging he consumed methamphetamine. |
| 2 | **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
Re: Napyer, Waylon Jake
November 18, 2025
Page 2

|   |   |
|---|---|
|   | **Supporting Evidence**: Mr. Napyer is alleged to have violated special condition number 5 by consuming alcohol, on or about November 9, 2025. |
|   | On November 12, 2025, Mr. Napyer reported to the probation office and admitted to consuming alcohol on or about November 9, 2025. Mr. Napyer signed a drug use admission form acknowledging he consumed alcohol. |
| 3 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence** Mr. Napyer is alleged to have violated special condition number 4 by consuming a controlled substance, methamphetamine, on or about November 14, 2025. |
|   | On November 14, 2025, Mr. Napyer provided a presumptive positive drug test for the presence of methamphetamine. Mr. Napyer denied consuming any methamphetamine since November 9, 2025. The drug test was sent to Alere Toxicology for testing and results are pending. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 18, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

November 18, 2025

Date