PROB 12C
(6/16)

Report Date: February 4, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Waylon Jake Napyer | Case Number: 0980 1:22CR02076-MKD-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆ White Swan, Washington 98952 | |
| Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: October 22, 2024 | |
| Original Offense:    Misprision of a Felony, 18 U.S.C. § 4 | |
| Original Sentence:   Prison - 36 months
TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:   Thomas J Hanlon | Date Supervision Commenced: October 17, 2025 |
| Defense Attorney:    Jennifer Rebecca Barnes | Date Supervision Expires: October 16, 2026 |

## PETITIONING THE COURT

To incorporate the alleged violations with the violations previously reported to the Court on November 18, 2025.

On October 22, 2025, the supervised release conditions were reviewed and signed by Mr. Napyer acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence** Mr. Napyer is alleged to have violated special condition number 4 by consuming a controlled substance, suboxone, on or about January 31, 2026.<br><br>On February 3, 2026,  Mr. Napyer provided a presumptive positive drug test for the presence of suboxone. Mr. Napyer admitted to consuming suboxone 4 days prior.  He  confirmed he did not have a prescription for suboxone and he consumed another person's suboxone. |
| 5 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare |

Prob12C
Re: Napyer, Waylon Jake
February 4, 2026
Page 2

upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Napyer is alleged to have violated special condition number 3 by being discharged from substance abuse treatment at Royal Life Centers on or about February 2, 2026.

On February 1, 2025, this officer observed Mr. Napyer at Legends Casino in Toppenish, Washington. The following day, this officer spoke with Mr. Napyer on the telephone and he informed this officer he left Royal Life Centers so he could come to Federal court on February 3, 2026, and to help his family pay the electricity bill. Mr. Napyer did not receive permission from the treatment facility or U.S. Probation to leave the treatment facility. Due to Mr. Napyer leaving treatment, he was discharged from the program.

On February 3, 2025, Mr. Napyer reported to the probation office and stated he made an impulsive decision by leaving Royal Life Centers on January 31, 2026. He reported he would like to return to the treatment facility because he was learning a lot about himself and his addiction to controlled substances.

6   **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 day before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hour of becoming aware of the change or expected change.

**Supporting Evidence**: Mr. Napyer is alleged to have violated standard condition number 5 by changing his address without the approval of U.S. Probation on or about January 31, 2026.

On January 31, 2026, Mr. Napyer left Royal Life Centers in Mead, Washington. He returned to the Yakama Indian Reservation to be with his family. Mr. Napyer did not contact U.S. Probation to obtain permission to change his residence.

On February 2, 2026, this officer spoke with Mr. Napyer on the telephone and he stated he left the treatment center and came back to his family's residence in White Swan, Washington.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with the violations previously reported to the Court on November 18, 2025. Mr. Napyer is currently in custody and his revocation hearing is scheduled for February 17, 2026, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | February 4, 2026 |
|---|---|
| | s/Phil Casey |
| | Phil Casey<br>U.S. Probation Officer |

Prob12C
Re: Napyer, Waylon Jake
February 4, 2026
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_m. k. Dimke_
Signature of Judicial Officer

February 5, 2026
Date